## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ENGATE, INC., | ) |
| Plaintiff, | ) |
| | ) Case No. 01 C 6204 |
| v. | ) |
| | ) Judge Matthew F. Kennelly |
| ESQUIRE DEPOSITION SERVICES, LLC | ) |
| and ATKINSON-BAKER, INC., | ) Magistrate Judge Arlander Keys |
| Defendants. | ) |

### NOTICE OF MOTION

TO: Counsel of Record

PLEASE TAKE NOTICE that on April 20, 2004 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew F. Kennelly or any judge sitting in his stead, in Room 2103 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Motion by the National Court Reporters Association as *Amicus Curiae* Requesting Permission to File Brief in Support of the Motions Filed by Esquire Deposition Services, LLC and Atkinson-Baker, Inc. to Alter and Amend the Judgment**, a copy of which is hereby served upon you.

National Court Reporters Association

By: /s/ John W. Guarisco
One of Its Attorneys

John W. Guarisco, Esq.
NEAL, GERBER & EISENBERG LLP
Two North La Salle Street
Suite 2200
Chicago, IL 60602
Tel: (312) 269-8000
Fax: (312) 269-1747

**Of Counsel**
Jeffrey P. Altman, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW, Suite 100
Washington, DC 20006
Tel: (202) 496-7520
Fax: (703) 496-7756
NGEDOCS :098888.0012 1018588.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ENGATE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 01 C 6204 |
| v. | ) |
| | ) Judge Matthew F. Kennelly |
| ESQUIRE DEPOSITION SERVICES, LLC | ) |
| and ATKINSON-BAKER, INC. | ) Magistrate Judge Arlander Keys |
| | ) |
| Defendants. | ) |

FILED APR 15 2004

DOCKETED APR 2 2 2004

**MOTION BY THE NATIONAL COURT REPORTERS ASSOCIATION AS *AMICUS CURIAE* REQUESTING PERMISSION TO FILE BRIEF IN SUPPORT OF THE MOTIONS FILED BY ESQUIRE DEPOSITION SERVICES, LLC AND ATKINSON-BAKER, INC. TO ALTER AND AMEND THE JUDGMENT**

The National Court Reporters Association ("NCRA"), by its attorneys, respectfully submits this Motion requesting permission from the Court to file the attached brief as *Amicus Curiae* in support of the motions to alter and amend the judgment filed by Defendants Esquire Deposition Services, LLC ("Esquire") and Atkinson-Baker, Inc. ("Atkinson").

NCRA is the national association which represents the interests of member court reporters in the United States. Its membership consists of tens of thousands of court reporters around the country. As reflected in its Statement of Interest, NCRA's members have a vital interest in the outcome of this litigation. NCRA's members have been threatened by Engate if they continue to provide realtime reporting services in the judicial, broadcast (captioning), education, civic, business and other settings, where they perform vital services for the public good, without entering into an agreement with Engate or its licensee. This threat is not limited to the handful of patent claims that remain at issue in this case. Furthermore, this threat also exists

even if the interactive features in dispute are not being utilized. Court reporters, captioners and the providers of so-called Communications Access Realtime Translation ("CART") services to 28 million deaf and hard-of-hearing Americans are potentially at risk merely by providing realtime services unless they enter into an agreement with Engate, or its "exclusive licensee," LiveNote, even if they use none of Engate's alleged inventions.

The question of validity has been almost fully briefed and based on the tremendous amount of prior art that has been uncovered and that has been provided to the Court, there appears to be clear and convincing evidence that interactive realtime with numerous features was already in place and functioning well before Engate filed its patents. A determination that the patents are invalid is the only thing that will protect NCRA's members from Engate.

NCRA's membership is composed of individuals and small businesses that cannot possibly afford to spend millions of dollars to defend themselves against demands and threats that Engate already has made against them for merely providing realtime services regardless of whether these services utilize Engate's patented methods. If Esquire is not permitted its day in court to pursue its unfair competition claim, then no other firms or reporters in the country are likely to have the resources to challenge Engate's business practices, and Engate will have improperly extended the scope of its patent monopoly to cover real-time connections, a subject which is in the public domain.

It is within this Court's sound discretion to permit NCRA *amicus* status in this matter. United States v. Board of Educ., No. 80 C 5124, 1993 WL 408356, at *3 (N.D. Ill. Oct. 12, 1993). As set forth above, NCRA represents interests that will be significantly affected by this Court's disposition of the defendants' counterclaims for unfair competition and a declaration of invalidity. Moreover, given the threats Engate has made against its members with regard to

2

claims not asserted against defendants, NCRA has concerns about the outcome of this litigation in addition to those of defendants and accordingly will present a distinct perspective to this Court. Accordingly, this Court should permit NCRA to file the attached amicus brief. *See id.* at \*3-\*4 (granting leave to file amicus brief to movants who "represent interests that will be significantly affected by the resolution of this matter" and to movants whose "information and concerns may be useful in the resolution of the matter").

WHEREFORE, the National Court Reporters Association respectfully requests that this Court enter an order:

(a) granting NCRA leave to file the attached *amicus* brief; and

(b) granting such other and further relief as it deems just and proper.

Respectfully submitted,

National Court Reporters Association

By: /s/ John W. Guarisco
One of Its Attorneys

John W. Guarisco, Esq. (#6229369)
NEAL, GERBER & EISENBERG LLP
Two North La Salle Street
Suite 2200
Chicago, IL 60602
Tel: (312) 269-8000
Fax: (312) 269-1747

**Of Counsel**
Jeffrey P. Altman, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW, Suite 100
Washington, DC 20006
Tel: (202) 496-7520
Fax: (703) 496-7756